

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Hussamaddin Al-Khadour, M.D. P.A. and Hassam Al-Khadour v. Comerica Bank

Appellate case number:   01-20-00063-CV

Trial court case number: 2019-17140

Trial court:             55th District Court of Harris County

   Appellants, Hussamaddin Al-Khadour, M.D. P.A. and Hassam Al- Khadour, have filed an unopposed motion for extension of time to file their brief. Because this Court has yet to receive the reporter's record or a statement from the court reporter indicating there is no reporter's record, appellants' briefing deadline has not been set. *See* Tex. R. App. P. 38.6(a) ("[A]n appellant must file a brief within 30 days . . . after the later of: (1) the date the clerk's record was filed; or (2) the date the reporter's record was filed.").

   Therefore, the motion is **denied** as moot.

   It is so ORDERED.


Judge's signature: _____/s/ Russell Lloyd_____
         Acting individually


Date:  March 10, 2020